AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>*Plaintiff(s)*<br>v.<br>RUTH COHEN, individually and as trustee of the GRANTOR RETAINED INCOME TRUST OF THE R&R FAMILY TRUST UDT 10/5/89; and DOES 1-10, inclusive,<br>*Defendant(s)* | Civil Action No. 2:20-cv-05623-PA-KKx |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  RUTH COHEN, individually and as trustee of the GRANTOR RETAINED INCOME TRUST OF THE R&R FAMILY TRUST UDT 10/5/89
18033 Saticoy St
Reseda, CA 91335

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Manning Law, APC [Office: (949) 200-8755]
Joseph R. Manning, Jr., Esq. (SBN223381)
20062 S.W. Birch St., Ste. 200, Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT



Date:  08/06/2020

*Signature of Clerk or Deputy Clerk*