JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>        Plaintiff,<br><br>     v.<br><br>RUTH COHEN, individually and as trustee of the GRANTOR RETAINED INCOME TRUST OF THE R&R FAMILY TRUST UDT 10/5/89; and DOES 1-10, inclusive,<br><br>        Defendants. | No.  CV 20-5623 PA (KKx)<br><br>JUDGMENT OF DISMISSAL |

      In accordance with the Court's December 9, 2020 Order denying the Motion for Default Judgment filed by plaintiff Anthony Bouyer ("Plaintiff"), which dismissed Plaintiff's federal claim for lack of subject matter jurisdiction as a result of Plaintiff's lack of standing, and declined to exercise supplemental jurisdiction over the state law claim contained in Plaintiff's Complaint, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 9, 2020

_____
Percy Anderson
United States District Judge